■ JAMES D. CRAMER, JR., Respondent, v HOWARD W. HENDERSON et al., Defendants, and NEW YORK STATE ELECTRIC AND GAS, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed as moot, without costs. (Appeal from order of Supreme Court, Yates County, Scudder, J.—summary judgment.) Present—Dillon, P. J., Doerr, Denman, Green and Schnepp, JJ.